NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAFE DRIVING TECHNOLOGIES LLC,**
*Appellant*

**v.**

**FORD MOTOR COMPANY,**
*Appellee*

---

2023-1798, 2023-1804, 2023-1941

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01341, IPR2021-01446 and IPR2022-00086.

-------------------------------------------------

**FORD MOTOR COMPANY,**
*Appellant*

**v.**

**SAFE DRIVING TECHNOLOGIES LLC,**
*Appellee*

---

2023-1870

---

2    SAFE DRIVING TECHNOLOGIES LLC v. FORD MOTOR COMPANY

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01446.

––––––––––––––––––

**ON MOTION**

––––––––––––––––––

**O R D E R**

Upon consideration of Ford Motor Company's unopposed motion to voluntarily dismiss its cross-appeal, Appeal No. 2023-1870, pursuant to Federal Rule of Appellate Procedure 42(b), and the parties' joint response as to the allocation of costs,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that Appeal No. 2023-1870 is dismissed.

(2)  Each side shall bear its own costs regarding Appeal No. 2023-1870.

(3)  The revised official caption for Appeal Nos. 2023-1798, 2023-1804, and 2023-1941 is reflected in this order.

(4)  ECF No. 28 is accepted as Ford's response brief in the remaining appeals.

(5)  Safe Driving Technologies LLC's reply brief in the

remaining appeals is due no later than 21 days from the date of entry of this order.

(6) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to these appeals.

FOR THE COURT

November 6, 2023
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to Appeal No. 2023-1870 only): November 6, 2023